EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| **Claim: 1** | **PUBLIC SERVICE ENTERPRISE GROUP WEBSITE** |
|---|---|
| A method for protecting a computer program from unauthorized use independently of any methodology for distributing the computer program to prospective users, the computer program including an embedded protective code, the method comprising the steps of: | *The Defendant utilizes a method to protect a computer program (e.g. Public Service Enterprise Group's web-based application) from unauthorized use independently of any methodology for distributing the computer program to prospective users, the computer program including an embedded protective code (e.g. the Public Service Enterprise Group Web Application is secured by embedded code requiring a HTTPS connection using TLS 1.2).*<br><br>*The RSA, Diffie-Hellman, and Hashed-based message authentication code mentioned below are cryptographic functions required by TLS 1.2.* |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
| |  *https://www.pseg.com/* |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | **PUBLIC SERVICE ENTERPRISE GROUP WEBSITE** |
|---|---|
| | <br>*https://www.pseg.com/* |

B-3

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
|  | **Ease of use**<br>Because you implement TLS/SSL beneath the application layer, most of its operations are completely invisible to the client. This allows the client to have little or no knowledge of the security of communications and still be protected from attackers.<br><br>*https://technet.microsoft.com/en-us/library/cc784450(v=ws.10).aspx* |
| inhibiting via the embedded protective code at least one functional feature of the computer program from running on a user computer until the user computer receives an authorization message that is digitally signed by an authorized party using a secret signing key, the secret signing key being associated with a public checking key; | *The the login process utilized by the Accused Product inhibits via an embedded protective code at least one functional feature of the computer program from running on a user computer (e.g. the web interface for the accused product is programed so that a user can not access or log-in to their account until a HTTPS connection is provided) until the user computer receives an authorization message that is digitally signed by an authorized party using a secret signing key (e.g. a certificate digitally signed by a Certificate Authority using it's secret key) the secret signing key being associated with a public checking key (e.g. the signed certificate provides a public key to the client that corresponds to the server's private key).* |

B-4

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
| | https://www.pseg.com/# <br><br> ```
F.1.1.2.  RSA Key Exchange and Authentication

   With RSA, key exchange and server authentication are combined.  The
   public key is contained in the server's certificate.  Note that
   compromise of the server's static RSA key results in a loss of
   confidentiality for all sessions protected under that static key.
   TLS users desiring Perfect Forward Secrecy should use DHE cipher
   suites.  The damage done by exposure of a private key can be limited
   by changing one's private key (and certificate) frequently.

   After verifying the server's certificate, the client encrypts a
   pre_master_secret with the server's public key.  By successfully
   decoding the pre_master_secret and producing a correct Finished
   message, the server demonstrates that it knows the private key
   corresponding to the server certificate.

   When RSA is used for key exchange, clients are authenticated using
   the certificate verify message (see Section 7.4.8).  The client signs
   a value derived from all preceding handshake messages.  These
   handshake messages include the server certificate, which binds the
   signature to the server, and ServerHello.random, which binds the
   signature to the current handshake process.
``` <br> https://www.ietf.org/rfc/rfc5246.txt |
| providing the embedded protective code with access to the public checking key; | *The protective code (e.g. the code instituting the HTTPS connection) has access to the public checking key (e.g. the certificate signed by the server provides the server's public key, so that it can then be used to authenticate a signature on a certificate).* <br><br> https://www.ietf.org/rfc/rfc5246.txt |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

```
F.1.1.3.  Diffie-Hellman Key Exchange with Authentication

When Diffie-Hellman key exchange is used, the server can either
supply a certificate containing fixed Diffie-Hellman parameters or
use the server key exchange message to send a set of temporary
Diffie-Hellman parameters signed with a DSA or RSA certificate.
Temporary parameters are hashed with the hello.random values before
signing to ensure that attackers do not replay old parameters.  In
either case, the client can verify the certificate or signature to
ensure that the parameters belong to the server.

If the client has a certificate containing fixed Diffie-Hellman
parameters, its certificate contains the information required to
complete the key exchange.  Note that in this case the client and
server will generate the same Diffie-Hellman result (i.e.,



Dierks & Rescorla            Standards Track                   [Page 92]

RFC 5246                         TLS                         August 2008


   pre_master_secret) every time they communicate.  To prevent the
   pre_master_secret from staying in memory any longer than necessary,
   it should be converted into the master_secret as soon as possible.
   Client Diffie-Hellman parameters must be compatible with those
   supplied by the server for the key exchange to work.

   If the client has a standard DSA or RSA certificate or is
   unauthenticated, it sends a set of temporary parameters to the server
   in the client key exchange message, then optionally uses a
   certificate verify message to authenticate itself.

   If the same DH keypair is to be used for multiple handshakes, either
   because the client or server has a certificate containing a fixed DH
   keypair or because the server is reusing DH keys, care must be taken
   to prevent small subgroup attacks.  Implementations SHOULD follow the
   guidelines found in [SUBGROUP].

   Small subgroup attacks are most easily avoided by using one of the
   DHE cipher suites and generating a fresh DH private key (X) for each
   handshake.  If a suitable base (such as 2) is chosen, g^X mod p can
   be computed very quickly; therefore, the performance cost is
   minimized.  Additionally, using a fresh key for each handshake
   provides Perfect Forward Secrecy.  Implementations SHOULD generate a
   new X for each handshake when using DHE cipher suites.

   Because TLS allows the server to provide arbitrary DH groups, the
   client should verify that the DH group is of suitable size as defined
   by local policy.  The client SHOULD also verify that the DH public
   exponent appears to be of adequate size.  [KEYSIZ] provides a useful
   guide to the strength of various group sizes.  The server MAY choose
   to assist the client by providing a known group, such as those
   defined in [IKEALG] or [MODP].  These can be verified by simple
   comparison.
```

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
|  | https://www.ietf.org/rfc/rfc5246.txt |
| running an integrity self-check over the computer program to confirm that the computer program is in an anticipated state, the integrity self-check being embedded in the computer program; | TLS 1.2 requires that an integrity check be completed over the program (e.g. a Hashed-based message authentication code (HMAC) process is used to confirm the integrity of the messages sent between client and server) to confirm that the computer program is in an anticipated state, (e.g. that the messages sent have not been tampered with) the integrity self-check being embedded in the computer program (e.g. TLS and its included HMAC function is embedded within the Public Service Enterprise Group Web Application's code).<br><br>```
5.  HMAC and the Pseudorandom Function

   The TLS record layer uses a keyed Message Authentication Code (MAC)
   to protect message integrity.  The cipher suites defined in this
   document use a construction known as HMAC, described in [HMAC], which
   is based on a hash function.  Other cipher suites MAY define their
   own MAC constructions, if needed.
```<br>https://www.ietf.org/rfc/rfc5246.txt |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
| communicating the authorization message to the user computer; | The authorization message (e.g. the server's signed certificate) is sent to the user computer (e.g. the client).<br><br>```
7.4.2.  Server Certificate

   When this message will be sent:

      The server MUST send a Certificate message whenever the agreed-
      upon key exchange method uses certificates for authentication
      (this includes all key exchange methods defined in this document
      except DH_anon).  This message will always immediately follow the
      ServerHello message.

   Meaning of this message:

      This message conveys the server's certificate chain to the client.

      The certificate MUST be appropriate for the negotiated cipher
      suite's key exchange algorithm and any negotiated extensions.
```<br>https://www.ietf.org/rfc/rfc5246.txt |
| applying the public checking key to the authorization message for authenticating it; and | The client uses the server's public key associated with the server's private key to encrypt a pre-master secret which it sends to the server. The server than decrypts the premaster secret and sends the results back to the client; the client can than compare the results to the premaster secret it originally created to determine whether the server has the correct private key and thus verify the authenticity of the authorization message (e.g. the servers signed certificate). |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
| | ```
F.1.1.2.  RSA Key Exchange and Authentication

   With RSA, key exchange and server authentication are combined.  The
   public key is contained in the server's certificate.  Note that
   compromise of the server's static RSA key results in a loss of
   confidentiality for all sessions protected under that static key.
   TLS users desiring Perfect Forward Secrecy should use DHE cipher
   suites.  The damage done by exposure of a private key can be limited
   by changing one's private key (and certificate) frequently.

   After verifying the server's certificate, the client encrypts a
   pre_master_secret with the server's public key.  By successfully
   decoding the pre_master_secret and producing a correct Finished
   message, the server demonstrates that it knows the private key
   corresponding to the server certificate.

   When RSA is used for key exchange, clients are authenticated using
   the certificate verify message (see Section 7.4.8).  The client signs
   a value derived from all preceding handshake messages.  These
   handshake messages include the server certificate, which binds the
   signature to the server, and ServerHello.random, which binds the
   signature to the current handshake process.
```  https://www.ietf.org/rfc/rfc5246.txt |
| enabling said functional feature to run on the user computer if the authorization message is authenticated and if the integrity self-check result confirms that the computer program is in the anticipated state. | The Public Service Enterprise Group Web Application is allowed to operate on the user computer if the authorization message (e.g. the server's signed certificate) is authenticated and if the integrity self-check (e.g. an HMAC check) result confirms that the computer program is in the anticipated state (e.g. the HMAC check confirms that messages sent via the programs protective code have not been tampered with). |

B-9

EXHIBIT B

U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | PUBLIC SERVICE ENTERPRISE GROUP WEBSITE |
|---|---|
| | ```
The TLS Handshake Protocol involves the following steps:

-  Exchange hello messages to agree on algorithms, exchange random
   values, and check for session resumption.

-  Exchange the necessary cryptographic parameters to allow the
   client and server to agree on a premaster secret.

-  Exchange certificates and cryptographic information to allow the
   client and server to authenticate themselves.

-  Generate a master secret from the premaster secret and exchanged
   random values.

-  Provide security parameters to the record layer.

-  Allow the client and server to verify that their peer has
   calculated the same security parameters and that the handshake
   occurred without tampering by an attacker.
```<br>https://www.ietf.org/rfc/rfc5246.txt<br><br>```
F.1.1.2.  RSA Key Exchange and Authentication

   With RSA, key exchange and server authentication are combined.  The
   public key is contained in the server's certificate.  Note that
   compromise of the server's static RSA key results in a loss of
   confidentiality for all sessions protected under that static key.
   TLS users desiring Perfect Forward Secrecy should use DHE cipher
   suites.  The damage done by exposure of a private key can be limited
   by changing one's private key (and certificate) frequently.

   After verifying the server's certificate, the client encrypts a
   pre_master_secret with the server's public key.  By successfully
   decoding the pre_master_secret and producing a correct Finished
   message, the server demonstrates that it knows the private key
   corresponding to the server certificate.

   When RSA is used for key exchange, clients are authenticated using
   the certificate verify message (see Section 7.4.8).  The client signs
   a value derived from all preceding handshake messages.  These
   handshake messages include the server certificate, which binds the
   signature to the server, and ServerHello.random, which binds the
   signature to the current handshake process.
```<br>https://www.ietf.org/rfc/rfc5246.txt |

EXHIBIT B
U.S. Patent No. 6,330,549 Claim Chart

| Claim: 1 | **PUBLIC SERVICE ENTERPRISE GROUP WEBSITE** |
|---|---|
|  | ```
5.  HMAC and the Pseudorandom Function

    The TLS record layer uses a keyed Message Authentication Code (MAC)
    to protect message integrity.  The cipher suites defined in this
    document use a construction known as HMAC, described in [HMAC], which
    is based on a hash function.  Other cipher suites MAY define their
    own MAC constructions, if needed.
```
https://www.ietf.org/rfc/rfc5246.txt |